# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MAE SMITH, as Personal Representative of the Estate of Carl Ashley, Deceased, for and on behalf of the survivors of the Estate of Carl Ashley, CARL ASHLEY, minor surviving child of Carl Ashley, THE ESTATE OF CARL ASHLEY,**

      **Plaintiffs,**

**-vs-**              **Case No. 6:06-cv-715-Orl-31JGG**

**BREVARD COUNTY, FLORIDA, BREVARD COUNTY SHERIFF, OFFICER REGINA ELLIS, PRISON HEALTH SERVICES, CIRCLES OF CARE, INC., AMY DIAMOND, JOHN DOE II, JOHN DOE III, and OFFICER ZIMMERMAN,**

      **Defendants.**

_____

## ORDER

In light of the filing of an Amended Complaint (Doc. 32) by the Plaintiff, it is

**ORDERED** that the Motions to Dismiss (Docs. 3, 7, 11 and 26) are DENIED, as moot.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 15, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE